UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GARY J. WINKLER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C/O GODECKI, *et al.,*<br><br>　　　　Defendants. | CASE NO.: 3:13-CV-00711-RCJ-VPC<br><br>**ORDER** |

　　　　Before the Court is the Report and Recommendation of U.S. Magistrate Judge (#29[1]) entered on February 17, 2016 recommending that the Court grant and deny in part Defendants' Motion for Summary Judgment (ECF #25). Defendants filed Limited Objection to the February 17, 2016 Report and Recommendation of U.S. Magistrate Judge (ECF #30), Plaintiff filed his Motion for Objections to Magistrate Judge's Report & Recommendation in Part (ECF #31); and Defendants filed a Response to Plaintiff's Partial Objections to Magistrate Judge's Report and Recommendation (ECF #32).

　　　　The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#29) entered on February 17, 2016, should be ADOPTED AND ACCEPTED.

　　　　IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment (ECF #25) is DENIED as to Count I and GRANTED as to Count II.

　　　　IT IS SO ORDERED this 18th day of March, 2016.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ROBERT C. JONES

---

[1] Refers to court's docket number.