# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |  |
|---|---|---|
| GARY J. WINKLER, | ) | |
| | ) | |
| Plaintiff, | ) | 3:13-cv-00711-RCJ-VPC |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| GODECKI et al., | ) | |
| | ) | |
| Defendants. | ) | |

This is a prisoner civil rights case under 42 U.S.C. § 1983.  After screening and summary judgment, a single claim of excessive force remains for trial.  The Court denied summary judgment on the affirmative defense of non-exhaustion, and the remaining Defendant has requested an evidentiary hearing on that issue.  When summary judgment is denied on non-exhaustion, the district judge must then determine the issue sitting as fact-finder at an evidentiary hearing. *Albino v. Baca*, 747 F.3d 1162, 1166 (9th Cir. 2014).  Defendant has requested that the parties receive at least 60 days' notice of the hearing.

///

///

///

///

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

**CONCLUSION**

IT IS HEREBY ORDERED that the Motion for Hearing (ECF No. 34) is GRANTED IN PART, and an evidentiary hearing is SCHEDULED for 10:00 a.m., April 10, 2017 in Courtroom 6 of the Bruce R. Thompson Courthouse in Reno, Nevada.

IT IS SO ORDERED.

Dated this 17th day of February, 2017.

_____
ROBERT C. JONES
United States District Judge