ADAM PAUL LAXALT
  Attorney General
HEATHER B. ZANA, Bar No. 8734
  Deputy Attorney General
JOSHUA M. HALEN, Bar No.13885
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1261
E-mail: *hzana@ag.nv.gov*
      *jhalen@ag.nv.gov*

*Attorneys for Defendant
Henry Godecke,*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GARY J. WINKLER, <br><br> Plaintiff, <br><br> vs. <br><br> C/O GODECKE, et al., <br><br> Defendants. | Case No. 3:13-cv-00711-RCJ-VPC <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Defendant, Henry Godecke, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Heather B. Zana and Joshua M. Halen, Deputies Attorney General, and Plaintiff Gary J. Winkler, through his counsel, Travis N. Barrick, of the law office of Gallian Welker & Beckstrom, LC, pursuant to the settlement agreement by the parties hereby submit their stipulation that

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear his own costs.

**SO STIPULATED:**

| | |
|---|---|
| DATED this 17th day of January, 2018 | DATED this 17th day of January, 2018<br>ADAM PAUL LAXALT<br>Attorney General |
| By: /s/ Travis N. Barrack<br>TRAVIS N. BARRACK, Esq.<br>Gallian Welker & Beckstom, LC<br>Attorney for Plaintiff | By: _____<br>HEATHER B. ZANA<br>Deputy Attorney General<br>Attorneys for Defendant |

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

DATED: January 17, 2018